IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CUBIST PHARMACEUTICALS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. ______________________ |
| | ) | |
| CRANE PHARMACEUTICALS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Cubist Pharmaceuticals LLC hereby discloses that it is a wholly-owned subsidiary of Merck & Co., Inc. Merck & Co., Inc. is not owned by any parent corporation and, to its knowledge, no other publicly held corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

______________________________________
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*
*Cubist Pharmaceuticals LLC*

OF COUNSEL:

William F. Lee
Lisa J. Pirozzolo
Emily Whelan
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

February 10, 2016